UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                    **APPEARANCE**

               V.

RAHEEM TUCKER                               Case Number: 07 CR 7 (BSJ)

To the Clerk of the Court and all parties of record:

     Enter my appearance as counsel in this case for:

     RAHEEM TUCKER                              Appointed CJA 4/19/07

     I certify that I am admitted to practice in this court.

Dated: May 30, 2007                    _____

                             Neil B. Checkman   NC-9232
                             111 Broadway, Suite 1305
                             New York, New York 10006
                             (212) 264-9940 -office
                             (212) 346-4665- fax